**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW D'ANNUNZIO,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 23-4533** |
| **S.G. PRESTON COMPANY,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 16th day of September, 2026, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Upon consideration of the Motion to Strike filed by Plaintiff Matthew D'Annunzio (ECF No. 75), and the responses thereto, the Motion is **DENIED**.

2. Upon consideration of the Motion for Summary Judgment filed by Defendant S.G. Preston Company (ECF No. 105), and the responses thereto, the Motion is **GRANTED in part and DENIED in part**:

   a. Summary judgment is **GRANTED** with respect to Counts I, II, and III.

   b. Summary judgment is **DENIED** with respect to Count IV.

3. Upon consideration of the Motion for Partial Summary Judgment filed by Plaintiff Matthew D'Annunzio (ECF No. 107), and the responses thereto, the Motion is **DENIED.**

4. Upon consideration of the Motion for Leave to Supplement the Record (ECF No. 118), and the responses thereto, the Motion is **DENIED.**

BY THE COURT:

Hon. Mia R. Perez